IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN T. WARD, individually and as Class Representative for all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>    Defendant. | Civil Action No.<br><br>1:15-CV-01493-MHS-GGB |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to LR 3.3, Plaintiff files this Certificate of Interested Persons.

The undersigned Counsel of Record certifies that the following is a full and complete list of all parties in this action:

Plaintiff:   John T. Ward

Defendant: Asset Acceptance, LLC

(1)   The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial

interest in or other interest which could be substantially affected the outcome of this particular case:

For Plaintiff: None

(2)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Plaintiff in this proceeding:

Steven H. Koval, The Koval Firm, LLC

James W. Hurt, Jr., Hurt Stolz, P.C.

Respectfully submitted, this 6th day of May, 2015.

**HURT STOLZ, P.C.**

 s/  James W. Hurt, Jr.
James W. Hurt, Jr.
Georgia Bar No.  380104

345 West Hancock Avenue
Athens, Georgia 30601
(706) 395-2750
Facsimile:  (866) 766-9245
jhurt@hurtstolz.com            **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF COMPLIANCE

Pursuant to LR7.1(D), I certify that the foregoing complies with the font and point setting approved by the Court in L.R. 5.1(B) and that I prepared the same on a computer using Times New Roman 14 point font.

Respectfully submitted, this 6th day of May, 2015.

                                        **HURT STOLZ, P.C.**

                                         s/ James W. Hurt, Jr.
                                        James W. Hurt, Jr.
                                        Georgia Bar No.  380104

345 West Hancock Avenue
Athens, Georgia 30601
(706) 395-2750
Facsimile:  (866) 766-9245
jhurt@hurtstolz.com                    **ATTORNEY FOR PLAINTIFF**